**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Viva Leroy Nash,<br><br>       Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>       Respondents. | No. CV-97-1104-PHX-MHM<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

Pending before the Court is Petitioner's Motion for Certificate of Appealability or in the Alternative to Expand the Certificate of Appealability. (Dkt. 134.)

The Court denied Petitioner's amended habeas corpus petition in an Order dated July 7, 2006. (Dkts. 125, 126.) On that date the Court also issued, *sua sponte*, a Certificate of Appealability ("COA") with respect to Claims 1, 2, 3, and 6. (Dkt. 127.)

On July 24, 2006, Petitioner filed a Motion to Amend/Correct Judgment Pursuant to Rule 59(e), which requested the Court to reconsider its denial of Claims 1, 2, 6, 7, and 9. (Dkts. 128, 129.) The Court denied the motion in an Order filed October 2, 2006. (Dkt. 130.)

On October 4, 2006, Petitioner filed a Notice of Appeal (Dkt. 131) along with a Notice of Intent to File Certificate of Appealability (Dkt. 132).

The present motion, filed October 30, 2006, seeks a COA with respect to Claims 4, 5, 7, 8, and 9, or all of the claims that were not included in the COA issued by the Court. The motion repeats the arguments Petitioner presented in his amended petition, his merits brief,

and, in several instances, his motion for reconsideration; he has simply appended to the end of each argument a statement of the standard for granting a COA.[1]  Applying that standard, the Court considered and rejected these arguments when it denied the amended petition and simultaneously issued the COA: "the Court on its own initiative has evaluated the claims within the petition for suitability for the issuance of a certificate of appealability." (Dkt. 127 at 1.)  Because the Court has already determined which claims were suitable for a COA, and Petitioner has offered nothing that would cause the Court to revisit its decision, Petitioner's motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** denying Motion for Certificate of Appealability or in the Alternative to Expand the Certificate of Appealability.  (Dkt. 134.)

DATED this 2nd day of November, 2006.



Mary H. Murguia
United States District Judge

---

[1] As the Court previously explained (Dkt. 127 at 1-2), a COA will issue only when the petitioner has made a substantial showing of the denial of a constitutional right, a showing which can be established by demonstrating that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner" or that the issues were "adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

2