# 9CCA Returned File Form

DISTRICT COURT CASE # **CV-97-1104-PHX-MHM**

9CCA CASE # **06-99007**

CIVIL [X]   CRIMINAL [ ]

__2__ CLERK'S FILES

__4__ TRANSCRIPTS (DOCKET NUMBERS)

**Dkt #103, 138, 139, 140**

__2__ BULKIE (DOCKET NUMBERS)

**Dkt #27, 121**

__2__ EXPANDOS

__0__ OTHER DOCUMENTS

APPEAL STAMP   YES [ ]   NO [X]

VERIFIED BY: _[signature]_

DATE: 9/2/2010