# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

December 3, 2010

Clerk of the Arizona Supreme Court
402 Arizona State Courts Building
1501 W. Washington Street
Phoenix, AZ 85007-3329

Re: U.S. Dist. Ct. No. Civ.97-1104-PHX-MHM    Viva Leroy Nash v. Schriro, et al

Dear Clerk:

    The state court records in the above-referenced case are being returned to you pursuant to the order dated December 1, 2010. The state court records consisting of the following documents are being returned to you in 1 box by UPS:

1-Mandate, 1-Instruments and Minute Entries (plus an additional copy), 7-Transcripts dated 11/9/82, 11/18/82, 3/16/83, 3/30/83, 5/25/83, 6/23/83, and 6/27/83 (plus an additional copy of each transcript), plus the docket sheet for the following cases: CR-83-0231-AP, CR-89-0054-PC, M-94-0061, and CR-96-0438-PC.

    Please acknowledge receipt of the state court record on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD H. WEARE, DCE/CLERK OF COURT

By_____s/M. Houle_____
          Deputy Clerk

**UPS Internet Shipping: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.



FOLD HERE